No. 5389. PRESTON *v.* WINGO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 5390. GILMORE *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 5391. HICKS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 5392. CROSBY *v.* BRIERLEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 5393. RICHARDS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 5395. REED *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 5400. WAPNICK *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 5401. ELMER *v.* WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 5402. MINOR *v.* FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 5404. GRANT ET UX. *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 5405. FERRELL *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 5407. COLEMAN *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.